IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

JASON L. WILLIAMS,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No.  5D22-777
LT Case No. 2012-CF-000707-A

_____/

Opinion filed August 5, 2022

3.800 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Jason L. Williams, Okeechobee, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      This Court previously affirmed the trial court's order denying

Appellant's motion for postconviction relief in Citrus County Circuit Court

Case Number 2012-CF-000707-A. Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from Citrus County Circuit Court Case Number 2012-CF-000707-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

COHEN, EDWARDS and WOZNIAK, JJ., concur.